220

Carl F. Lindholm, Appellee, v. William A. Dohm, Appellant.

Gen. No. 10,161.

Opinion filed September 18, 1947; opinion modified and rehearing denied February 3, 1948; released for publication February 3, 1948. George D. Carbary and Paul M. Hamilton, for appellant; Dan B. Withers, Jr. and James A. Powers, for appellee. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.